IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 609-010 |
| | ) | |
| JEROME HAGINS | ) | |

**O R D E R**

Because Defendant has waived the right to a preliminary hearing, this matter should proceed to a final revocation hearing before the presiding District Judge.

In accordance with the Bail Reform Act, the Court conducted a detention hearing on August 3, 2023, pursuant to 18 U.S.C. § 3142(f).  Upon careful consideration of the facts presented at the hearing, the Court hereby orders Defendant released pending the final revocation hearing.  Defendant shall comply with all terms and conditions of supervised release originally imposed on October 22, 2009, as modified.  In addition, Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling, as directed by the supervising probation officer.

SO ORDERED this 4th day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA